IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE LEE SHAVERS,

        Plaintiff,                           No. CIV S-12-0584 CKD P

    vs.

RUIZ, et al.,

        Defendants.                   ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

8

9  Dated: March 15, 2012

10  _____
    CAROLYN K. DELANEY
11  UNITED STATES MAGISTRATE JUDGE

12

13

14  /kly
    shav0584.22

15

16

17

18

19

20

21

22

23

24

25

26

2