1
2
3
4
5              # UNITED STATES DISTRICT COURT
6                  EASTERN DISTRICT OF CALIFORNIA
7
   JESSE LEE SHAVERS,                    CASE NO. 1:12-cv-00394-LJO-SKO PC
8
                        Plaintiff,        ORDER DENYING MOTION
9
        v.                                (Doc. 14)
10
   RUIZ, et al.,
11
                        Defendants.
12
   _____/
13

14        Plaintiff Jesse Lee Shavers, a state prisoner proceeding pro se and in forma pauperis, filed

15  this civil rights action pursuant to 42 U.S.C. § 1983 on March 5, 2012.  On October 17, 2012,

16  Plaintiff filed a motion seeking a speedy trial.  This action was dismissed for failure to state a claim

17  upon which relief may be granted on October 12, 2012, and judgment was entered.  Accordingly,

18  Plaintiff's motion is HEREBY DENIED.

19

20  IT IS SO ORDERED.

21  **Dated:    October 18, 2012              /s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

                              1