# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SHAVERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUIZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:12-cv-00394-LJO-SKO PC<br><br>ORDER DENYING MOTION SEEKING LEAVE TO AMEND, WITH PREJUDICE<br><br>(Doc. 18) |

　　　This civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Jesse Lee Shavers, a state prisoner proceeding pro se and in forma pauperis, was dismissed on October 12, 2012, with prejudice, for failure to state a claim. On November 5, 2012, Plaintiff's motion for reconsideration was denied. Plaintiff now seeks leave to file an amended complaint. Fed. R. Civ. P. 15(a).

　　　This case is closed and Plaintiff's motion for reconsideration was previously denied. There are no grounds presented which entitle Plaintiff to an opportunity to amend, and his motion is HEREBY ORDERED DENIED, with prejudice.

IT IS SO ORDERED.

**Dated:　June 12, 2013**　　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE