# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SHAVERS, | Case No. 1:12-cv-00394-LJO-SKO PC |
| Plaintiff, | ORDER STRIKING NOTICE RE FILING OF MOTION FOR COUNSEL WITH NINTH CIRCUIT |
| v. | |
| RUIZ, et al., | (Doc. 28) |
| Defendants. | |

On July 17, 2013, Plaintiff Jesse Lee Shavers, a state prisoner who was proceeding pro se in this action brought under 42 U.S.C. § 1983, filed a notice informing the Court that on July 2, 2013, he sought the appointment of counsel on appeal.[1] It is unnecessary for Plaintiff to keep the district court apprised of his filings in the Ninth Circuit. Accordingly, Plaintiff's notice is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

Dated: **July 18, 2013**      /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of the fact that on July 3, 2013, Plaintiff filed a motion with the Ninth Circuit seeking the appointment of counsel on appeal.