# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SHAVERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUIZ, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:12-cv-00394-LJO-SKO PC<br>Appeal No. 13-16361<br><br>ORDER DENYING MOTIONS FOR RECONSIDERATION, WITH PREJUDICE, AND DIRECTING CLERK OF COURT TO SERVE COURTESY COPY OF ORDER ON APPELLATE COURT<br><br>(Docs. 36 and 37) |

On August 1, 2013, Plaintiff Jesse Lee Shavers, a state prisoner who was proceeding pro se in this action brought under 42 U.S.C. § 1983, filed a motion for reconsideration of the court's order finding he is not entitled to proceed in forma pauperis on appeal.

On August 8, 2013, Plaintiff filed a motion seeking reconsideration of the order striking his notice to this court that he is seeking the appointment of counsel from the Ninth Circuit.

There are no grounds presented entitling Plaintiff to reconsideration of the orders at issue; Plaintiff's mere disagreement with the orders does not support a request for reconsideration.  Fed. R. Civ. P. 60(b); Local Rule 230(j); *U.S. v. Westlands Water Dist.*, 134 F.Supp.2d 1111, 1131 (E.D. Cal. 2001).  Furthermore, Plaintiff's motion for reconsideration of the order striking his notice is frivolous.  Plaintiff should not file with this court courtesy copies of motions pending in the appellate court, and Plaintiff's decision to challenge the court's order striking his notice that he filed a motion for counsel with the appellate court lacks any good faith basis.  (Docs. 28, 29, 37.) Further frivolous motions will be summarily stricken from the record.

1  Plaintiff's motions for reconsideration are HEREBY ORDERED DENIED, with prejudice.
2 The Clerk of the Court shall serve a courtesy copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **August 12, 2013**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE