# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SHAVERS, | Case No. 1:12-cv-00394-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 27) |
| RUIZ, et al., | |
| Defendants. | |

On July 17, 2013, Plaintiff Jesse Lee Shavers, a state prisoner who was proceeding pro se in this action brought under 42 U.S.C. § 1983, filed a motion to add a new defendant.

This case was dismissed, with prejudice, for failure to state a claim under section 1983 on October 12, 2012, and Plaintiff's subsequent motions for reconsideration and for leave to amend have been denied, with prejudice. There exist no grounds entitling Plaintiff to the relief he seeks and his motion is DENIED, with prejudice.

IT IS SO ORDERED.

Dated: __November 15, 2013__     __/s/ Lawrence J. O'Neill__
UNITED STATES DISTRICT JUDGE