# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE LEE SHAVERS,<br><br>            Plaintiff,<br><br>      v.<br><br>RUIZ, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:12-cv-00394-LJO-SKO PC<br>Appeal No. 13-17407<br><br>**NOTICE AND ORDER FINDING THAT PLAINTIFF IS NOT ENTITLED TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>(Doc. 48) |

Plaintiff Jesse Lee Shavers is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, 42 U.S.C. § 1983, which was dismissed on October 12, 2012, with prejudice, for failure to state a claim upon which relief may be granted,  28 U.S.C. § 1915A.

On November 14, 2013, the United States Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal, which had been found to be frivolous, for failure to pay the filing fee.[1] Following receipt of the Ninth Circuit's order, the Court determined that one of Plaintiff's filings, which was also filed with the appellate court, required resolution to the extent it might be construed as still pending.  Therefore, on November 15, 2013, the Court denied Plaintiff's motion, which sought to add a new defendant.  On November 21, 2013, Plaintiff filed a notice of appeal.

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  The test for allowing an appeal in forma

---

[1] Appeal number 13-16361.

pauperis is easily met; the good faith requirement is satisfied if the appellant seeks review of any issue that is not frivolous. *Gardner v. Pogue*, 558 F.2d 548, 550-51 (9th Cir. 1977) (citing *Coppedge v. United States*, 369 U.S. 438, 445, 82 S.Ct. 917 (1962)) (quotation marks omitted); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (if at least one issue or claim is non-frivolous, the appeal must proceed in forma pauperis as a whole).

Plaintiff's motion to add a new defendant is wholly without merit and his appeal of the order denying the motion is patently frivolous.[2]

Accordingly, the Court HEREBY ORDERS as follows:

1. Pursuant to Fed. R. App. P. 24(a)(3)(A), the Court finds that Plaintiff's appeal was not taken in good faith and he should not be permitted to proceed in forma pauperis on appeal;

2. Pursuant to Fed. R. App. P. 24(a)(4), the Clerk of the Court shall serve this order on Plaintiff and the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **November 25, 2013**          **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

---

[2] See court documents 16-49.

2